UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HILDA SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>v.<br>ASSISTED LIVING CENTERS, Inc., an Idaho corporation, and RICHARD L. AREA, individually,<br><br>Defendant. | CIVIL ACTION<br><br>CASE NO. CV 09-167-S-EJL<br><br>**CONSENT JUDGMENT** |

Before the Court is the parties' joint Consent Judgment asking the Court to enter the following order. The Court having reviewed the record and for good cause shown, the Court **GRANTS** the request to enter the Consent Judgment (Dkt. No. 15) as follows:

**IT IS HEREBY ORDERED**, that Defendants, their officers, agents, servants, employees and those persons in active concert or participation with them be and hereby are permanently enjoined and restrained from violating the provisions of §§ 15(a)(2) and (a)(5) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. 201 *et seq.*) ("the Act") in any of the following manners:

(1) Defendants will not, contrary to § 7 of the Act, employ any employees engaged in commerce, or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty (40) hours unless the employee receives compensation for his/her employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he/she is employed;

(2) Defendants will not, contrary to § 6 of the Act, employ any employees engaged in commerce, or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, at an hourly rate less than the federal minimum wage;

**IT IS FURTHER ORDERED** that the Plaintiff recover from Defendants the sum of **$9,143.15** in back wages for its employees, as listed and allocated in the attached Exhibit A.

Plaintiff acknowledges that any payment pursuant to this Consent Judgment is dependent upon authorization of and approval by, and will be made in a manner prescribed by, the Bankruptcy Court for the District of Idaho in the matter of

**Richard Leroy Area and Judith Roque Area, Debtors**

**Case no. 08-02711-JDP**

Any monies due under this Order which have not been negotiated by the appropriate employees within 100 days of issuance (due to Defendants' inability to locate said employee, to the employee's failure to negotiate the check within 90 days of issuance or for any other reason) shall be combined and issued in certified check form, payable to the U. S. Department of Labor. The check shall be in the net amount accompanied by a list of the employees for whom the check represents back wage payment, their Social Security Numbers and the legal deductions made from the gross amounts due. The check shall be mailed to:

**U.S. Department of Labor**

**Wage Hour Division**

**620 SW Main St., Rm 423**

**Portland, OR 97205**

Plaintiff shall distribute the monies paid by Defendants under this Judgment to the employees identified in Exhibit A or their estates if that is necessary. Any money not so paid within three years because of inability to locate said employees or because of their refusal to accept said proceeds shall be deposited forthwith with the Treasury of the United States pursuant to 28 U. S.C. 2041.

**IT IS FURTHER ORDERED** that the rights of any of the Defendants' employees or ex-employees not specifically mentioned in Exhibit A to this Judgment, to back wages under the Act, are neither affected nor extinguished by this Judgment and neither party to the action intends or contemplates that the Judgment entered in this action will affect such rights if any.

**IT IS FURTHER ORDERED** that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

DATED: **October 14, 2009**

_____
Honorable Edward J. Lodge
U. S. District Judge

## Exhibit A

| Last Name | First Name | Initial | Period | | Covered | Gross Amount Due |
|---|---|---|---|---|---|---|
| Elliott | Karla | | 03/22/08 | to | 04/05/08 | $48.00 |
| Gilbert | Suzane | E | 09/01/07 | to | 09/15/07 | $277.29 |
| Gonzalez | Evangelina | | 10/20/07 | to | 11/03/07 | $54.25 |
| Gordon | Camille | M | 04/19/08 | to | 05/17/08 | $345.01 |
| Lunday | Linda | | 09/22/07 | to | 10/04/08 | $155.93 |
| McCune | Jessica | M | 11/03/07 | to | 05/31/08 | $405.50 |
| Mejia | Edith | - | 10/20/07 | to | 11/03/07 | $66.80 |
| Mejia-Rodriguez | Rosalia | | 09/01/07 | to | 03/15/08 | $2,377.41 |
| Reilly | Jody | | 10/20/07 | to | 11/03/07 | $63.94 |
| Robinson | Amber | | 09/01/07 | to | 06/21/08 | $5,305.02 |
| Sandoval | Christian | R | 11/03/07 | to | 11/17/07 | $44.00 |
| **TOTAL:** | | | | | | **$9,143.15** |